FILED

JUL 29 2016

Clerk, U S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MAUREEN HATHAWAY, for herself and as personal representative of the Estate of Michael Berman,<br><br>Plaintiff,<br><br>vs.<br><br>TRINITY UNIVERSAL INSURANCE COMPANY,<br><br>Defendant. | CV 16–44–M–DLC<br><br><br>ORDER |

Plaintiff having filed an unopposed motion to dismiss Defendant Kemper Corporation from this case, and good cause appearing,

IT IS ORDERED that the motion (Doc. 23) is GRANTED. Defendant Kemper Corporation is hereby DISMISSED WITH PREJUDICE, and its pending motion for summary judgment (Doc. 18) is DENIED AS MOOT. Plaintiff's prior motion to dismiss (Doc. 22) is withdrawn. The above case caption is amended accordingly.

DATED this 29th day of July, 2016.

Dana L. Christensen, Chief District Judge
United States District Court