IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MAUREEN HATHAWAY, for herself and as personal representative of the Estate of Michael Berman,<br><br>Plaintiff,<br><br>vs.<br><br>TRINITY UNIVERSAL INSURANCE COMPANY and KEMPER CORPORATION,<br><br>Defendants. | CV 16–44–M–DLC<br><br>ORDER |

Upon stipulation of the parties, and finding good cause appearing,

IT IS ORDERED that the above matter be DISMISSED WITH PREJUDICE as fully and finally settled on the merits, each party to bear its own costs and attorney's fees incurred herein.

DATED this 19th day of May, 2017.

_/s/ Dana L. Christensen_
Dana L. Christensen, Chief Judge
United States District Court